# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

AUG 1 6 2016

US District Court
Western District of NC

| | |
|---|---|
| United States of America<br>v.<br>Alexandro (Alex) Castillo<br>&<br>Ahmia Monice Feaster<br><br>*Defendant(s)* | Case No. 3:16mj 308 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __08/16/2016__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
**Please see attached Affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ernest R. Mathis, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/16/2016__

_____
*Judge's signature*

City and state: __Charlotte, North Carolina__    Hon. David C. Keesler U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Ernest R. Mathis, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, state as follows:

## Introduction

1. I have been employed by the FBI since July of 1998. I am currently assigned to the Charlotte Field Office of the FBI's North Carolina Division, and to the FBI Safe Streets Task Force. My duties include investigation of violations of federal criminal law throughout the Western District of North Carolina, including Mecklenburg County. Through formal and on the job training, I have developed experience in investigations dealing with violent offenses set forth in the United States Code. As a FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States.

2. This Affidavit is presented in support of a Criminal Complaint charging ALEXANDRO (ALEX) CASTILLO, hereafter CASTILLO and AHMIA (MIA) FEASTER, hereafter FEASTER, with a violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution (UFAP).

3. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other Special Agents and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish the requisite foundation for probable cause.

## Synopsis of Investigation

4. On August 10, 2016, Charlotte Mecklenburg Police Department was contacted by the family of TRUC QUAN LY LE, aka SANDY, hereafter SANDY, who wanted to file a missing person report for their family member, SANDY. SANDY was last seen on 08/09/2016 between 8 and 8:40 p.m. CMPD learned that SANDY's vehicle, a 2003 Toyota Camry was also missing.

5. CMPD learned from SANDY's family members that SANDY had been contacted by an individual who requested to meet to settle an outstanding debt. CMPD were able to access SANDY's electronic communications and learned that SANDY communicated with CASTILLO and coordinated a meeting on 08/09/2016 at 9:30 p.m. During the communication, SANDY agreed to meet CASTILLO for an exchange of money.

1

6. While investigating the missing person case of SANDY, CMPD learned SANDY used to work at Showmars restaurant with CASTILLO and FEASTER. On August 11 and 12, 2016, families of CASTILLO and FEASTER filed missing persons reports with CMPD.

7. CMPD completed numerous exigent orders, trap and trace search warrants for SANDY, CASTILLO, and FEASTER's phones. Detectives located a text message from CASTILLO to FEASTER on 08/09/2016 at 11:32 p.m., that stated, "hold on babe we doing sum shit with the evidence". A second text message from CASTILLO to FEASTER on 8/10/2016 at 3:31 p.m., stated, "can you bring the Glock doe".

8. On August 13, 2016, at approximately 10:33 a.m., FEASTER calls her mother from a blocked number and advised she was fine. At 10:36 a.m., CASTILLO calls his mother from a blocked number and advised he was fine. CMPD determine both calls came from the same number, 704-303-2408. CMPD learned phone 704-303-2408 was active and in Phoenix, Arizona.

9. On August 15, 2016, Agents and Officers at FBI Phoenix, Arizona conducted a knock and talk at a residence in Phoenix, Arizona and interviewed an aunt of CASTILLO. Agents learned CASTILLO and FEASTER had been there but she took or followed them to a bus station that takes passengers to Mexico. Investigators learned CASTILLO's father resides in Mexico.

10. On August 15, 2016, Agents and Officer at FBI Phoenix recovered SANDY's vehicle parked at a bus station, no persons were located. SANDY's whereabouts are still unknown.

11. On August 16, 2016, Charlotte Mecklenburg Police Department (CMPD) Detective Ally Rooks obtained state arrest warrants for CASTILLO and FEASTER for Possession of a Stolen Motor Vehicle, a Felony. CMPD requested assistance in locating and arresting CASTILLO and FEASTER, who have fled the State of North Carolina.

12. On August 16, 2016, the Office of the District Attorney, Twenty Sixth Prosecutorial District provided a letter of extradition for both CASTILLO and FEASTER.

## Conclusion

13. Based on the above facts, your Affiant believes that probable cause exists that CASTILLO and FEASTER committed the violation of Unlawful Flight to Avoid Prosecution, a violation of Title 18, United States Code, Section 1073, and have fled the Charlotte, North Carolina area to either Phoenix, Arizona or Mexico.

14. Your Affiant respectfully request the issuance of this Criminal Complaint and Arrest Warrant based on the facts contained within this Affidavit.

_____
Ernest R. Mathis
Special Agent
Federal Bureau of Investigations

Sworn to and subscribed before me this 16th day of August, 2016.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESERN DISTRICT OF NORTH CAROLINA

3